UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>v.<br><br>ANNA KATHLEEN YANDALL,<br><br>                                    Defendant. | Case No.:  20CR1915-JAH<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING (Doc. No. 21)** |

Pending before the Court is the Parties' Joint Motion to Continue the Motion Hearing Date. See Doc. No. 21. Upon consideration of the motion, IT IS HEREBY ORDERED the motion is **GRANTED**. Accordingly, the motion hearing set for August 17, 2020, at 11:00 a.m. is continued to **September 21, 2020, at 11:00 a.m.**

Pursuant to 18 U.S.C. §3161(h)(1)(D), the Court finds that time is excluded in the interests of justice.

**IT IS SO ORDERED.**

DATED:  August 10, 2020

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE

20CR1915-JAH